IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL M. MARTINEZ**,

      Plaintiff,

  v.

**DOUGLAS FLETCHER**,

      Defendant.

No. 3:09-cv-00580-ST

OPINION AND ORDER

**MOSMAN, J.**,

On June 4, 2013, Magistrate Judge Stewart issued her Findings and Recommendation ("F&R") [137] in the above-captioned case recommending that defendant's motion [119] to strike complaint or to dismiss for failure to comply with discovery be granted. She also recommended that a judgment be entered dismissing this case. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R [137] as my own opinion. This holding renders defendant's motion [110] for judgment on the pleadings and the related F&R [117] MOOT.

IT IS SO ORDERED.

DATED this   28th   day of June, 2013.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER